(16 Misc. Rep. 285.)

NEWCOMBE v. EAGLETON.

(City Court of New York, General Term. March 16, 1896.)

LEASE—TERMINATION OF SURETY'S OBLIGATION.

Liability of a surety on a lease terminates with issuance by a justice, in summary proceedings, of a warrant for the removal of the tenant from the premises, as to rent thereafter accruing.

Appeal from trial term.

Action by Ida M. Newcombe against Thomas Eagleton, surety on a bond conditioned for performance of the conditions of lease from plaintiff to Thomas E. Flannery. The rent for which it was sought to hold defendant accrued after the issuance by a justice, in a summary proceeding by the landlord, of a warrant for the removal of the tenant. From a judgment on a verdict directed for plaintiff, defendant appeals. Reversed.

Argued before FITZSIMONS, CONLAN, and O'DWYER, JJ.

Foley & Early, for appellant.

George Lithauer, for respondent.

CONLAN, J. Appeal from a judgment entered by direction of the court, and from an order denying a motion for a new trial. The legal obligation of the defendant as surety on the lease terminated with the issuance of the warrant by the justice.

The judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.